William Eberling and Edmund A. Eberling, appellants, v. Anton Knittelfelder, appellee. Gen. No. 38,371.

Opinion filed November 20, 1935. Rehearing denied December 4, 1935.

Kenneth F. Simpson, for appellants. Francis W. Marshall, for appellee; Mathias F. Perz, of counsel.

Mr. Justice Hebel delivered the opinion of the court.

Sinclair Refining Company, defendant in error, v. G. Grieco, sometimes known as Joseph Grieco, plaintiff in error. Gen. No. 37,885.

Opinion filed November 20, 1935.

William C. Smith, for plaintiff in error. No appearance for defendant in error.

Mr. Justice Denis E. Sullivan delivered the opinion of the court.

Daniel L. Litewski, appellee, v. G. Becker Company Roofers, appellant. Gen. No. 38,009.

Opinion filed November 20, 1935. Rehearing denied December 4, 1935.

Albert A. Gomberg, for appellant. Henry N. Miller, for appellee.

Mr. Justice Denis E. Sullivan delivered the opinion of the court.

Eli I. Kleinman and Samuel H. Kleinman, complainants, v. Metropolitan Credit and Discount Corporation et al., defendants.

Magdalena Amborn et al., appellees, v. Metropolitan Credit and Discount Corporation, appellant. Gen. No. 38,161.

Opinion filed December 11, 1935.

Myer H. Gladstone, Cohen & Berke and Luster & Luster, for appellant; Myer H. Gladstone, of counsel. Welch & Hoffman, for appellees.

Mr. Justice John J. Sullivan delivered the opinion of the court.